IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER CONN, individually and                                    PLAINTIFF
on behalf of others similarly situated

v.                            NO. 4:17CV00295 JLH

METRO TECH SERVICE CORP.                                              DEFENDANT

## ORDER

Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

IT IS SO ORDERED this 24th day of July, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE